DAVID H. KRAMER, State Bar No. 168452
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Phone: (650) 496-9300
Fax: (650) 493-6811
Email: dkramer@wsgr.com

MICHAEL H. RUBIN, State Bar No. 214636
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, California 94105
Phone  (415) 947-2000
Fax     (415) 947-2099
Email: mrubin@wsgr.com

*Attorneys for Petitioner*
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE INC., <br><br> Petitioner, <br><br> v. <br><br> ORRICK, HERRINGTON & SUTCLIFFE LLP, <br><br> Respondent. | CASE NO.: 15-mc-80208 <br><br> CASE IN OTHER COURT: <br> No.  3:14-cv-00981-HTW-LRA  (S.D. Miss.) <br><br> **[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA** |

**[PROPOSED]**

**ORDER**

Upon consideration of Petitioner Google Inc.'s Rule 45 Motion to Compel Compliance with Subpoena, and Respondent Orrick, Herrington & Sutcliffe LLP's opposition thereto, together with argument of the parties, if any, IT IS HEREBY ORDERED that Petitioner's Motion is GRANTED.

Respondent shall produce all documents responsive to Google Inc.'s requests by no later than 14 days from the date of this Order.

IT IS SO ORDERED.

Dated: _____