**PROOF OF SERVICE**
*Google v Orrick*
**Case No. 3:15-mc-80208**

I, Joanna Delaney, declare:

I am employed in the City and County of San Francisco, in the State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, P.C., 1 Market Street, Spear Street Tower, Suite 3300, San Francisco, CA 94105-1126.

On this date, I served:

> **CIVIL COVER SHEET**
>
> **GOOGLE INC.'S NOTICE OF MOTION AND MOTION TO COMPEL COMPLIANCE WITH SUBPOENA AND MEMORANDUM OF POINTS AND AUTHORITIES**
>
> **DECLARATION OF MICHAEL H. RUBIN IS SUPPORT OF GOOGLE INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA WITH EXHIBITS**
>
> **[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION TO COMPEL COMPLIANCE WITH SUBPOENA**

☑ By forwarding the document(s) by electronic transmission on this date to the Internet email addresses listed below:

William Alderman: walderman@orrick.com

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California August 3, 2015.

*/s/ Joanna J. Delaney*
Joanna L. Delaney