# Exhibit 14

> # Redacted

**From:** MARY JO WOODS [mailto:MWOOD@ago.state.ms.us]
**Sent:** Friday, January 17, 2014 10:30 AM
**To:** McKenna, Rob
**Cc:** BLAKE BEE; Perrelli, Thomas J; Moran, Brian T.
**Subject:** RE: Tuesday meeting in Denver

Hi, Rob,

We need to finalize the conference room arrangements. During what time period do you want the room reserved? Would that now be 4:00-8:30?

Also, I'm confused about the screen shots. Are y'all sending us something today, or did you want us to pull from previous materials? It seems like I've heard both, so now I am unsure how to proceed.

Thank you,
Mary Jo

Mary Jo Woods
Special Assistant Attorney General
Mississippi Attorney General's Office
Post Office Box 220
Jackson, Mississippi  39205
(601) 359-3020 (phone)

(601) 359-2003 (fax)
mwood@ago.state.ms.us

This message is being sent by the Office of the Attorney General for the State of Mississippi and is intended only for the use of the individual to which it is addressed and may contain information that is legally privileged or confidential. If you are not the intended recipient, you are hereby notified that any distribution or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the Attorney General at (601) 359-3680 immediately by telephone or by return e-mail and delete this message from your computer. Thank you.

**From:** McKenna, Rob [mailto:rmckenna@orrick.com]
**Sent:** Thursday, January 16, 2014 9:52 PM
**To:** ATTORNEY GENERAL JIM HOOD; Jim Hood
**Cc:** MARY JO WOODS; BLAKE BEE; Tom Perrelli; Moran, Brian T.
**Subject:** Tuesday meeting in Denver

Jim, during our planning call this morning with Mary Jo and Blake, we discussed your idea of having a live internet connection at Tuesday morning's meeting in Denver, to go out to web pages containing advertising against illicit content. David Blake of the Colorado AGO, Mike Moore, Tom Perrelli and Brian Moran were also on the call.

Our consensus recommendation is to use printed screen shots rather than a live connection. Here are my notes from our meeting today: Going live to the internet during the Tuesday morning meeting is fraught with risks, e.g., because ad content on websites constantly changes, and the ads may not appear at the moment Gen. Hood clicks on a supplied link; in addition, there is always the risk of technology glitches involving the internet hook-up; therefore, we recommend not trying to go live to the internet during the meeting, and instead relying on hard copies of screen shots.

I would be happy to discuss this with you by phone tomorrow or over the weekend, at 425-260-6337.

Meanwhile, we have sent several screen shots to Mary Jo which can be printed and used at the meeting.

Tom Perrelli and I will be available to meet with Mary Jo and you on Monday afternoon by 4:00 PM at the Sheraton, in advance of the 6:00 dinner and 7:30 prep meeting. We look forward to seeing you.

Rob

================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements
imposed by the IRS, we inform you that any tax advice contained in this
communication, unless expressly stated otherwise, was not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding
tax-related penalties under the Internal Revenue Code or (ii) promoting,
marketing or recommending to another party any tax-related matter(s)

addressed herein.
================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
================================================================

CONFIDENTIAL