# Exhibit 25

# MARY JO WOODS

**From:** McKenna, Rob <rmckenna@orrick.com>
**Sent:** Tuesday, July 09, 2013 6:17 PM
**To:** Jack Evans (LCA); Jim Hood; Blake Bee
**Subject:** Re: Google op-ed revised----for your review

Jim and Blake, we recommend submitting your op-ed to USA Today of you haven't place it elsewhere already. Contact information is set forth below in Jack's email.

In addition, Jack and I are available to discuss placement strategy with you, if that would be helpful. He works on these kinds of issues at Microsoft.

Thanks,

Rob


On Jul 8, 2013, at 10:16 PM, "Jack Evans (LCA)" <Jack.Evans@microsoft.com<mailto:Jack.Evans@microsoft.com>> wrote:

Also, happy to jump on phone with you and Hood's staff to discuss.

Sent from my Windows Phone
_____
From: Jack Evans (LCA)<mailto:Jack.Evans@microsoft.com>
Sent: 7/8/2013 5:12 PM
To: McKenna, Rob<mailto:rmckenna@orrick.com>
Subject: RE: Google op-ed revised---for your review

Rob -- Best contact to begin with is David Mastio, Forum Editor at USA Today.

Direct email address is dmastio@usatoday.com<mailto:dmastio@usatoday.com>; phone is (703) 854-3456.

USA Today op-ed columns typically run 650 to 900 words in length.

Sent from my Windows Phone
_____
From: McKenna, Rob<mailto:rmckenna@orrick.com>
Sent: 7/8/2013 3:17 PM
To: Jack Evans (LCA)<mailto:Jack.Evans@microsoft.com>
Subject: RE: Google op-ed revised---for your review

Sounds good, thanks.

From: Jack Evans (LCA) [mailto:Jack.Evans@microsoft.com]
Sent: Monday, July 08, 2013 3:15 PM
To: McKenna, Rob

1

D001319

Subject: RE: Google op-ed revised---for your review

Rob -- I think it would be best for General Hood's office to reach out directly to USA Today to make the pitch. Will track down contact information for op-ed submissions and get back to you.

Sent from my Windows Phone

---

From: McKenna, Rob<mailto:rmckenna@orrick.com>
Sent: 7/8/2013 2:04 PM
To: Jack Evans (LCA)<mailto:Jack.Evans@microsoft.com>
Subject: FW: Google op-ed revised---for your review Jack, please let me know if you want to reach out to Gen. Hood or his staff. We can do so together, or I can have them contact you.

Thank you,

Rob


From: John Kelly (LCA) [mailto:johnkell@microsoft.com]
Sent: Monday, July 08, 2013 2:01 PM
To: McKenna, Rob; Brian Burke (LCA); Gene Burrus (LCA); Lani Cossette (LCA); Jack Evans (LCA)
Cc: Moran, Brian T.
Subject: RE: Google op-ed revised---for your review

+ Jack. I would think USA today.

From: McKenna, Rob [mailto:rmckenna@orrick.com]
Sent: Monday, July 8, 2013 1:41 PM
To: Brian Burke (LCA); John Kelly (LCA); Gene Burrus (LCA); Lani Cossette (LCA)
Cc: Moran, Brian T.
Subject: FW: Google op-ed revised---for your review

General Hood could use some help finding an outlet for the op-ed below. Ideas for how we could help?

From: ATTORNEY GENERAL JIM HOOD [mailto:JHOOD@ago.state.ms.us]
Sent: Monday, July 08, 2013 11:40 AM
To: McKenna, Rob
Subject: FW: Google oped revised---for your review



From: JAN SCHAEFER
Sent: Saturday, June 22, 2013 12:18 PM
To: ATTORNEY GENERAL JIM HOOD
Subject: ███████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

2

D001320

Google: The Search Engine for Illegal Drugs

By Mississippi Attorney General Jim Hood

It's a silent epidemic: an unending stream of illegal and counterfeit drugs falling into the hands of our nation's youth. Some are unsuspecting, innocent participants. Others willingly and knowingly engage in the consumption of illicit pharmaceuticals. But regardless of background or income, they are preyed upon by individuals with dark and shadowy intent, driven by everything from obscene greed to activities threatening our national security.

The scenario above might sound like the dangers our brave law enforcement officials routinely face on any number of crime-ridden street corners in struggling communities. But what I am talking about is found as close as your open laptop: the Internet. There is an alarming trend of pharmaceuticals being illegally sold to teenagers through online channels that presents enormous public safety problem.

The sale of illegal drugs online is a much more elusive challenge in the vast, infinite space we affectionately call "the web." Billions of users can, for the most part, tap into endless streams of information that cut across borders around the globe. Google, the most dominant search engine and online innovator in the world, serves as the leading access point to the web. Yet, despite its righteous corporate maxim to "Do No Evil," it does the exact opposite when it allows its own algorithms to continue generating search terms that lead our youth to menacing products sold online without a prescription such as oxycodone and steroids. According to the Taylor Hooton Foundation, a non-profit started by the parents of Taylor Hooton, a teenage baseball player in Texas who used steroids and eventually took his own life, it takes one second for a student to find steroids online for sale.

Recent data on the phenomenon show an increasingly worrisome trend in our midst as the rate of individuals overdosing from prescription drugs is much higher than traditional "street drugs" such as heroin and cocaine combined. Law enforcement officials are finding that Google essentially acts as a primary vehicle for this criminal activity when it fails to prevent its search engine mechanisms from discovering illegal online pharmacy sites and steers users towards such troublesome sites with its unique autocomplete search suggestions or to YouTube, another Google platform, where Google is seemingly profiting from continued advertising for illegal pharmaceuticals.

A growing movement of state Attorneys Generals has warned Google about its search engine tools transforming a once obscure issue into a major public health threat. It has been nearly a year and a half since Google entered into a Non Prosecution Agreement with the Department of Justice to stop the sale of illegal off-shore pharmaceuticals, the company has done little to curb the enormous amount of profit it makes from drug traffickers selling harmful drugs online.

As Co-Chair of the National Association of Attorneys General Intellectual Property Committee, I have convened meetings with rights holders and stakeholders across allInternet intermediaries to identify voluntary actions the private sector can take to address the problem of counterfeit products and illegal services online. Whether it is tainted drugs, illegal movies, counterfeit razor blades, or fake identifications we all deserve an Internet that is free of deception, illegality, and known harm. Other companies and sectors in the Internet ecosystem such as internet service providers, payment processors, and some in the advertising community have taken meaningful steps to confront these issues with a sober and serious willingness to change behavior. Google attended a meeting of this committee last November where questions were raised and Google's answers were not forthright. The underlying concerns remain.

Due to these continued concerns, we in good faith invited Larry Page, Chief Executive Officer of Google, to attend the National Association of Attorneys General meeting in Boston on June 18th. Our goal was to have an open, honest and transparent conversation about these important issues that are putting consumers at risk and facilitating wrongdoing, all while profiting handsomely from this dangerous behavior.

Google's "no-show" at the meeting and lack of response leads us no choice except to issue subpoenas to Google for possible violations of State Consumer Protection Acts and other state and federal civil and criminal laws. We attorneys general are duty-bound to enforce our consumer protection laws and other civil and criminal statutes. Google is aiding and abetting criminal activity and putting consumers at risk. This is of grave concern to the chief law enforcement officers of this nation.

Mississippi's Attorney General Jim Hood has long been an advocate for victims of crime in the state and serves as president-elect of the National Association of Attorneys Generals.

================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/<http://www.orrick.com>
================================================================
================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

D001322

================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/<http://www.orrick.com>
================================================================
================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/<http://www.orrick.com>
================================================================
================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/<http://www.orrick.com>
================================================================