# Exhibit 26

# MARY JO WOODS

| | |
|---|---|
| **From:** | McKenna, Rob <rmckenna@orrick.com> |
| **Sent:** | Tuesday, August 20, 2013 1:51 PM |
| **To:** | MELANIE WEBB |
| **Cc:** | BLAKE BEE; MARY JO WOODS; Dolan, Kerry M.; Moran, Brian T.; TONY GREEN |
| **Subject:** | RE: August meeting |

We are flying into Jackson on Aug. 26, Melanie, so Aug. 27 at 10:00 AM is perfect.

Looks like the Old Capitol Inn is a great choice. We will make reservations.

Thanks again for all your help!

Rob

P.S. to Kerry – Please send Melanie our flight information for arriving/departing Jackson.

From: MELANIE WEBB [mailto:MWEBB@ago.state.ms.us]
Sent: Tuesday, August 20, 2013 10:52 AM
To: McKenna, Rob
Cc: BLAKE BEE; MARY JO WOODS; Dolan, Kerry M.; Moran, Brian T.; TONY GREEN
Subject: August meeting

General,

Thank you so much, unfortunately nothing can compare with that view! Puget Sound was absolutely amazing & Your Mount Rainier, Ross Lake and so many breathtaking scenes still keep me company in print! I do need to confirm the date, of Tuesday, August 27th, 10:00 am as the date for the meeting? I was not sure if you were flying in on the 27th or meeting on the 27th. Either date is fine.

If you will send us your flight and arrival time, I have looped in Tony Green, our Director of Investigations. Tony will ensure that you are picked up at the airport, taken to your hotel, then to our office the following morning, and back to airport.

We have two recommendations. Both have great food, comfortable and very nice rooms and are close to our office.

The Old Capitol Inn is about one block from our office http://www.oldcapitolinn.com/default.asp
The rooms are extremely nice and spacious. Full breakfast is included Rooms are very reasonably priced. (99 – 165 range)

Probably the most lovey is the Faiview Inn http://www.fairviewinn.com/index.htm
It is a few miles away, but very close. The food, service, rooms, and grounds are exceptional however there is no government rate (AAA is a 10% discount) rooms available for that week are around $259.00 (actually suites)

My direct office line is 601-359-3692
My cell is ▮▮▮▮▮▮▮▮

Melanie

1

D001641

From: McKenna, Rob [mailto:rmckenna@orrick.com]
Sent: Monday, August 19, 2013 5:27 PM
To: MELANIE WEBB
Cc: BLAKE BEE; MARY JO WOODS; Dolan, Kerry M.; Moran, Brian T.
Subject: RE: Meeting with your team and you

Melanie, thank you so much for your high praise for the Evergreen State. You are most welcome to visit anytime. As it happens, our law offices are on the 56th floor of Columbia Tower, overlooking Puget Sound, and we would love to have to come by and take in the view. ☺ We are across the street from the WA AGO, should you happen to visit again on official business.

I am very excited about visiting all of you in Jackson. As it happens, Mississippi is one of only 4 states I have never been to, along with Alabama, Tennessee, and Vermont.

A 10:00 AM meeting on August 28 will be just great. Brian Moran and I will plan on arriving around 0930, to set up our Power Point presentation. We will bring hard copies of everything, and a thumb drive with our slide deck on it.

We will be arriving the night before; are there any hotels you would recommend that are reasonably close to your offices? Sounds like we can just use taxis rather than rent a car; make sense to you?

Thanks again,

Rob


From: MELANIE WEBB [mailto:MWEBB@ago.state.ms.us]
Sent: Monday, August 19, 2013 10:46 AM
To: McKenna, Rob
Cc: BLAKE BEE; MARY JO WOODS
Subject: RE: Meeting with your team and you

General McKenna,

Thank you so much and what an honor to have you in Mississippi. I was lucky enough to hear you speak, and tour your state in 2009. You truly have the most stunningly beautiful state that I have ever visited.

General Hood asks if the meeting could at 10:00 am? I would certainly welcome you and your team to come as early as you wish if you need any set up, need any copies made etc. (plus, we'll have coffee, etc. ) If I can be of any assistance with reservations or other locations, please do let me know.

Our airport is very small and is 12 miles / 20 minutes from our office.
If you are flying Delta, you should be fine arriving a minimum of 1 hour prior to your flight you are ok – I always recommend 1 ½ hour, but it is a small airport. I, unfortunately do not have confirmed knowledge on other carriers.

If you will send me your assistant's name, I will be delighted to send maps with our directions that might be helpful in getting to your hotel & our office.

Thank you so much,

Melanie

2

D001642

From: McKenna, Rob [mailto:rmckenna@orrick.com]
Sent: Saturday, August 17, 2013 11:55 AM
To: jim hood
Cc: MELANIE WEBB; BLAKE BEE
Subject: RE: Meeting with your team and you

Fantastic, Jim. See you the morning of Aug. 27.

Melanie, we will be arriving the night before and will have a rental car. Please let us know what time to arrive in the morning on the 27th. If it would be possible to start as early as 0900, we would be grateful, to allow sufficient time to catch our flight early in the afternoon.

Copying Blake as well. Who else would you recommend to Gen. Hood for this meeting from your office?

Thanks again,

Rob


From: jim hood [mailto:██████@hotmail.com]
Sent: Saturday, August 17, 2013 2:12 AM
To: McKenna, Rob
Cc: Webb Melanie
Subject: Re: Meeting with your team and you

Still moving the next two weekends. Thanks for coming to see us. I will be here for the meeting. By copy of this email, I am requesting that my assistant set up the time and have someone drive you to our office.

Sent from my IPhone

On Aug 16, 2013, at 5:10 PM, "McKenna, Rob" <rmckenna@orrick.com<mailto:rmckenna@orrick.com>> wrote:
Jim, I hope this finds you well. Have you finished moving into your new place?

I will leave you voicemail on your cell phone as well, but wanted to check your availability for me to visit you in Jackson on the morning of Tuesday, August 27.

Brian Moran and I would like to brief your staff and you on extensive research we have been doing on the issues you have been raising about Google's practices. We have identified four potential approaches that would avoid the CDA Section 230 barrier, both for CIDs and a lawsuit.

We are meeting with Jon Bruning and his team in Lincoln on August 29, and would very much like to meet with you earlier that week. Please give me a call to discuss this possibility on my cell phone, 425-260-6337, at your convenience. Thanks very much in the meantime, and have a terrific weekend.

Rob


<image001.gif><http://www.orrick.com/>

3

D001643

Rob McKenna

Partner

ORRICK, HERRINGTON & SUTCLIFFE LLP
701 FIFTH AVENUE
sUITE 5600
Seattle, WA  98104

tel 206-839-4415
mobile 425-260-6337
RMcKenna@orrick.com<mailto:malberts@orrick.com>
bio<http://www.orrick.com/Lawyers/Robert-McKenna/Pages/default.aspx>

www.orrick.com<http://www.orrick.com/>

=======================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
=======================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/<http://www.orrick.com>
=======================================================================

=======================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
=======================================================================
NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/<http://www.orrick.com>
=======================================================================
=======================================================================

4

D001644

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
====================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/<http://www.orrick.com>
====================================================================

====================================================================
IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.
====================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/<http://www.orrick.com>
====================================================================

D001645